

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 18 PM 12: 21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHELLEY M. FERRO,                              CIVIL ACTION NO. 05-cv-04297

      Plaintiff                        SECTION: I

VERSUS                                         JUDGE: AFRICK

THE VARIABLE ANNUITY LIFE                      MAGISTRATE NO. 1
INSURANCE COMPANY (VALIC),
aka AIG VALIC                                  MAGISTRATE: SHUSHAN

      Defendant

ORDER ON
PLAINTIFF'S MOTION TO STRIKE/DISMISS HER OWN AMENDMENT

*Dismissed at π's request.*

Considering the foregoing PLAINTIFF'S MOTION TO STRIKE/DISMISS PLAINTIFF'S OWN AMENDMENT, this Court hereby grants same ex parte, or if not exparte, requires that a hearing be set on same.

New Orleans, Louisiana this __17__ day of October, 2006.

                                Judge Lance Africk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No